CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 2 5 2016

JULIA C. DUDLEY, CLERK
BY: HMcOcnao
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LATRON DUPREE BROWN,<br>　　Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:16-cv-00142 <br><br> **MEMORANDUM OPINION** |
| v. | ) <br> ) <br> ) | <br> By:　Jackson L. Kiser <br> Senior United States District Judge |
| DONALD HUNTER,<br>　　Defendant(s). | ) <br> ) | |

Latron Dupree Brown, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 28, 2016, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On April 7, 2016, the plaintiff returned a signed inmate account report from the trust officer but did not include the required six-month statements. On April 8, 2016 the court gave plaintiff one last opportunity to provide the required documentation. On April 11, 2016 the plaintiff sent in a notice of change of address which the court noted and then forwarded the April 8, 2016 order directing the plaintiff to respond within ten days with the required financial documentation. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 25th day of April, 2016.

*Jackson L. Kiser*
Senior United States District Judge